IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRA S. EINHORN,<br>        Petitioner,<br><br>v.<br><br>KENNETH CAMERON, *et al.*,<br>        Respondents. | :<br>:<br>:<br>:      CIVIL ACTION NO. 15-2139<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 24th day of January 2018, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Marilyn Heffley, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability[1]; and

4. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**
                                                _____
                                                **CYNTHIA M. RUFE, J.**

---

[1] Einhorn has not made a substantial showing of the denial of a constitutional right; there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks and citation omitted).